[No. 55693-2-I.   Division One.   February 12, 2007.]

SNOHOMISH COUNTY ET AL., *Respondents*, v. CORINNE R. HENSLEY, *Defendant*, FUTUREWISE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-12817-4, Ellen J. Fair, J., entered November 30, 2004 and January 5, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Baker and Ellington, JJ.

[No. 56439-1-I.   Division One.   February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH S. BRASSY-APODACA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05443-3, Cheryl B. Carey, J., entered October 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 56481-1-I.   Division One.   February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERIC BRILLANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07192-1, J. Wesley Saint Clair, J., entered June 2, 2005. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Coleman and Dwyer, JJ.

[No. 56792-6-I.   Division One.   February 12, 2007.]

*In the Matter of the Marriage of* TAMRA ANN CORLISS, *Appellant*, and MICHAEL JOE CORLISS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-01707-0, Joan E. DuBuque, J., entered August 2, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.